UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GENARO FLORES-DURAN, | 1:18-cv-8745 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| DAVID ORTIZ, | |
| Respondent. | |

**APPEARANCES**:

Genaro Flores-Duran
54651-056
Fort Dix
Federal Correctional Institution
Inmate Mail/Parcels
East: P.O. Box 2000
Fort Dix, NJ 08640

    Petitioner pro se

Craig Carpenito, United States Attorney
Kristin Lynn Vassallo, Assistant United States Attorney
U.S. Attorney's Office for the District of New Jersey
970 Broad Street
Newark, NJ 07102

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner Genaro Flores-Duran filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging a prison disciplinary hearing conducted at FCI Fort Dix, ECF No. 1; and

WHEREAS, the Court concluded there are factual disputes requiring the Court to conduct a hearing; and

WHEREAS, Petitioner has been transferred to CI North Lake, Michigan and did not receive a copy of the Court's order; and

WHEREAS, Petitioner is reminded that it is his obligation to notify the Court of any changes in his address, L. Civ. R. 10.1(a),

THEREFORE, IT IS on this __26th__ day of October, 2020

ORDERED that the Clerk shall send a copy of this Order and a copy of the Court's September 17, 2020 order, ECF No. 6, by regular mail to Petitioner at his new address:

>Genaro Flores-Duran
>54651-056
>North Lake
>Correctional Institution
>1805 West 32nd Street
>Baldwin, MI  49304

At Camden, New Jersey

    s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.